# Third District Court of Appeal

## State of Florida

Opinion filed February 2, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D19-2336 & 3D21-161
Lower Tribunal No. 08-67650

_____

**Simon Nemni, et al.,**
Appellants,

vs.

**Rafael Barrera,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Smoler & Associates, P.A., and Bruce J. Smoler (Hollywood), for appellants.

Barakat + Bossa PLLC, and Jocelyne A. Macelloni and Brian Barakat, for appellee.

Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.